JOSEPH A. KRISTEN, appellant,

*v.*

JOHN C. LLOYD, respondent.

[Decided February 3d, 1930.]

*Mr. William H. K. Davey,* for the appellant.

*Messrs. Pitney, Hardin & Skinner,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *103 N. J. Eq. 252.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.